IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-2191-REB-MDB

ACHELEKE FUANYA

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

## NOTICE OF SETTLEMENT

---

Plaintiff Acheleke Fuanya and Defendant United States (collectively, the "Parties") submit this Notice of Settlement pursuant to D.C.COLO.LCivR 40.2(b), advising the Court that a settlement has been reached in this case.

1. This case is currently set for a four-day bench trial beginning on August 15, 2023. *See* ECF No. 38.

2. On March 24, 2023, the Parties agreed upon a settlement that will fully resolve the claims in this case.

3. The Parties intend to submit a Stipulated Dismissal under Fed. R. Civ. P. 41 following Plaintiff's counsel's receipt of the settlement payment from the Judgment Fund.

4. The Parties are now in the process of executing and submitting the necessary paperwork to effect payment. The payment process often takes between 30 and 60 days to complete, depending on when the final paperwork is submitted.

5. With the Court's approval, the Parties will submit their Stipulated Dismissal

within seven days of Plaintiff's counsel receiving the payment from the Judgment Fund. In the event that such payment is not processed withing sixty days, the Parties will submit a Status Report advising the Court as to the status of the settlement process and payment within sixty days of today's date, or no later than May 26, 2023.

Dated March 27, 2023.

Respectfully submitted,

| | |
|---|---|
| *s/ Jeremey Jong* | *s/ Lauren M. Dickey* |
| Jeremy Jong | Lauren M. Dickey |
| Al Otro Lado | Assistant United States Attorney |
| 3511 Banks Street | 1801 California Street, Suite 1600 |
| New Orleans, LA 70119 | Denver, Colorado 80202 |
| 504-475-6728 | Telephone: (303) 454-0100 |
| Email: jeremy@alotrolado.org | Lauren.Dickey2@usdoj.gov |
| Attorney for Plaintiff | Attorney for Defendant |

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)**

   I hereby certify that on March 27, 2023, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following:

Jeremy J. Jong
Al Otro Lado
3511 Banks Street
New Orleans, LA 70119
504-475-6728
Email: jeremy@alotrolado.org

                 *s/ Lauren M. Dickey*
                 Lauren M. Dickey
                 U.S. Attorney's Office