IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-2191-REB-MDB

ACHELEKE FUANYA

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

## STIPULATION OF DISMISSAL

    Plaintiff Acheleke Fuanya and Defendant United States hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing its own attorney's fees and costs.

    Respectfully submitted on April 24, 2023.

|  |  |
|---|---|
|  | COLE FINEGAN<br>United States Attorney |
| *s/ Jeremy Jong*<br>Jeremy Jong<br>Al Otro Lado<br>3511 Banks Street<br>New Orleans, LA 70119<br>Telephone: 504-475-6728<br>Email: jeremy@alotrolado.org<br>*Attorney for Plaintiff* | *s/ Lauren Dickey*<br>Lauren M. Dickey<br>Assistant United States Attorney<br>1801 California Street, Suite 1600<br>Denver, Colorado 80202<br>Telephone: (303) 454-0100<br>Email: Lauren.Dickey2@usdoj.gov<br>*Attorney for Defendant* |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)

      I hereby certify that on April 24, 2023, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following:

Jeremy J. Jong
Al Otro Lado
3511 Banks Street
New Orleans, LA 70119
504-475-6728
Email: jeremy@alotrolado.org

                                                  *s/ Lauren M. Dickey*
                                                  Lauren M. Dickey