IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 21-cv-2191-REB-MDB

ACHELEKE FUANYA

      Plaintiff,

v.

UNITED STATES OF AMERICA,

      Defendant.

# ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation of Dismissal** [#52],[1] filed April 24, 2023. After reviewing the stipulation and the record, I conclude the stipulation should be approved.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal** [#52], filed April 24, 2023, is approved;

2. That all claims are dismissed with prejudice, with each party to bear its own attorney fees and costs;

3. That all pending deadlines are vacated;

4. That the combined Trial Preparation Conference and Final Pretrial Conference scheduled for August, 3, 2023, at 1:30 p.m., is vacated;

5. That the bench trial scheduled to commence August 15, 2023, is vacated; and

---

[1] "[#52]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

6. That this case is closed.

Dated April 24, 2023, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge